IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00775-LTB

DIRKIN BROWN,

    Plaintiff,

v.

KRISTINE BRYANT (Sheridan Police Dept. Detective),
MICHAEL PASKO (Denver, Colo. Parole Officer),
JEFFERY LYNN BRITEGAM (Dnvr. Police Dept. Det.), and
VALERIA N. SPENCER (Arap. Cnty. Dist, Crt. Judge),

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 29, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 29 day of March, 2013.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk


                    By: s/ S. Grimm
                        Deputy Clerk